Case 1:10-cr-00333-JTN    ECF No. 1, PageID.1    Filed 11/03/10    Page 1 of 2

FILED - GR
November 3, 2010 4:59 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___dmh___ /  /1-4-10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMILTO MORENO-GOMEZ,

    Defendant.

_____/

No. **1:10-cr-333**

Hon. **Janet T. Neff**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

On or about October 29, 2009, in Oceana County, in the Western District of Michigan, Southern Division,

EMILTO MORENO-GOMEZ,

for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false identification document, to wit, a false I-551 Permanent Resident Card, knowing that the document was false, in that the I-551 Permanent Resident Card bore a number that had not been issued to him.

18 U.S.C. § 1546(b)(2)

## COUNT 2

On or about October 29, 2009, in Oceana County, in the Western District of Michigan, Southern Division,

EMILTO MORENO-GOMEZ,

with the intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

42 U.S.C. § 408(a)(7)(B)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
JOHN F. SALAN
Assistant United States Attorney